# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER FOR ARREST** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Viann Martinez, | ) | Case No. 1:14-cr-190 |
| | ) | |
| Defendant. | ) | |

Defendant reported to the Pretrial Services Office on April 19, 2016, where she was directed to submit to substance evaluation. The Pretrial Service Office contacted the court to advise that defendant had tested positive for controlled substances, admitted to using methamphetamine, and appeared obviously under the influence. Based on this oral report, the court is authorizing defendant's immediate arrest by the Marshal's Service to protect the public safety to be followed by a formal petition for action on alleged violations of pretrial release.

**IT IS SO ORDERED.**

Dated this 19th of April, 2016.

at 5:10 pm.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court